**Order entered December 29, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01453-CV

### IN RE ETHAN JEREMY HAZELTON, Relator

**Original Proceeding from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-55640-2013**

## ORDER

Based on the Court's opinion of this date, we **DENY AS MOOT** relator's December 13, 2016 petition for writ of habeas corpus, and we **VACATE** the deadlines for filing responses to the petition and for filing the reporter's record.

We further **DISCHARGE** the bond paid by relator in accordance with this Court's order of December 13, 2016.

We **ORDER** that relator recover the costs of this original proceeding from real party in interest Katie Bliss Hazelton.

/s/ DAVID J. SCHENCK
　　 JUSTICE